UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLASH & PARTNERS S.p.A.

Plaintiff,

-v-

PRL USA Holdings, Inc.

Defendant.

8-cv-04827-PKC/DFE-ECF CASE

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FLASH & PARTNERS S.p.A.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 05-22-08

Signature of Attorney

**Attorney Bar Code:** D.R. - 9355

Form Rule7_1.pdf  SDNY Web 10/2007