▒AO 440 (Rev. 8/01) Summons in a Civil Action    JUDGE CASTEL

# UNITED STATES DISTRICT COURT

Southern    District of    New York

FLASH & PARTNERS S.p.A.

V.

PRL USA HOLDINGS, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4827

TO: (Name and address of Defendant)

Corporation Services Company
2711 Centreville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas V. Rigler
YOUNG & THOMPSON
209 Madison Street
Suite 500
Alexandria, VA 22314

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAY 2 3 2008

CLERK _____    DATE

(By) DEPUTY CLERK

◯ 440 (Rev. 8/01) Summons In a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| * Service of the Summons and Complaint was made by me[1] | DATE<br>June 4, 2008 at 3:10 p.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel Newcomb | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Service on PRL USA Holdings, Inc., was effectuated by serving Mary Drummond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Company, 2711 Centerville Rd. # 400, Wilmington, DE 19808.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES<br>$60.00 | TOTAL<br>$60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 3, 2008
              Date

Signature of Server

2000 Pennsylvania Ave. # 207, Wilmington, DE 19806
Address of Server

* Documents Served:

Summons; Civil Cover Sheet; Complaint; and Rule 7.1 Statement

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.