USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08

Castel, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLASH & PARTNERS S.p.A. | CASE NO. 08 CIV 4827 (PKC) |
| Plaintiff, | |
| -against- | **STIPULATION AND** ~~[PROPOSED]~~ **ORDER** |
| PRL USA HOLDINGS, INC., | |
| Defendant. | |

WHEREAS, the parties are engaged in settlement negotiations;

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff, Flash & Partners S.p.A. ("Plaintiff") and defendant PRL USA Holdings, Inc. ("Defendant"), subject to the approval of the Court, that Defendant shall have to and including July 24, 2008 to respond to Plaintiff's Complaint. This is the parties' first request for an extension of time.

Dated: June 19, 2008      By: /s/ Douglas Rigler / DJ
Douglas V. Rigler
Young & Thompson
209 Madison Street, Suite 500
Alexandria, VA 22314
*Attorneys for Plaintiff,*
Flash & Partners, S.p.A.

Dated: June 19, 2008      By: /s/
G. Roxanne Elings (GE8321)
Deidre D. Blocker (DB0762)
GREENBERG TRAURIG, LLP
200 Park Avenue, MetLife Building
New York, New York 10166
(212) 801-9200
Attorneys for Defendant, PRL USA Holdings, Inc.

ORDERED this ___ day of _____, 2008
_____
Hon. P. Kevin Castel, U.S.D.J.