**MEMO ENDORSED**

**Greenberg Traurig**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

Deidre Blocker
Tel: (212) 801-2298
Facsimile: (212) 309-9598
blockerd@gtlaw.com

July 23, 2008

**BY FACSIMILE (212.805.7949)**

Honorable P. Kevin Castel
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re: *Flash & Partners S.p.A. v. PRL USA Holdings, Inc., 08-cv-4827 (PKC)*

Dear Judge Castel:

We are counsel to defendant, PRL USA Holdings, Inc. ("Defendant"), in the above-identified action. We write to request an extension of time to respond to Flash and Partners S.p.A. ("Plaintiff")'s Complaint, and to serve Initial Disclosures, up to and including August 7, 2008.

This is Defendant's second request for an extension of time to respond to Plaintiff's Complaint. Defendant's response was originally due on June 24, 2008. The Court granted Defendant's first request for an extension of time up to and including July 24, 2008 to respond to the Complaint. The parties also agreed that Initial Disclosures would be served on July 24, 2008.

Defendant makes this second request because the parties are currently engaged in settlement negotiations and Defendant needs additional time to consider a specific settlement proposal. Counsel for plaintiff, Flash & Partners S.p.A., consents to the extension.

Respectfully,

Deidre D. Blocker

cc: Douglas V. Rigler, counsel for Plaintiff (via facsimile 703.685.0573)

*Handwritten endorsement:* Time to respond to complaint extended to August 7. SO ORDERED. [signature] USDJ 7-23-08

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
NY 238611735v1 12/13/2007   Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com