```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Flash & Partners S.p.A.

              Plaintiff,              08 Civ. 4827 (PKC)

    -against-                 **ORDER OF DISMISSAL**

PRI, USA Holdings, Inc.
        Defendant
_____x

        The Court having been advised that all claims asserted herein have been settled, it is

        **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot.

                                            _____
                                            P. Kevin Castel
                                            **United States District Judge**

Dated: New York, New York
         August 6, 2008